MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Office of General Counsel
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARANJIT K. NAHAL,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. 2:25-cv-00941-CSK<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 21, 2025 to August 20, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

  Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

response. Counsel will be out of the office from July 3 through 18, 2025 due to planned leave. Given competing workload requirements and upcoming scheduled leave an extension until August 20, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: July 3, 2025          By:     *s/ Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


Respectfully submitted,

DATE: July 3, 2025          By:     *s/ Francesco P. Benavides*
                                    FRANCESCO P. BENAVIDES
                                    Law Offices of Francesco Benavides
                                    (*as authorized by email)
                                    Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, and good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 20, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  July 9, 2025

_____
The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

5, naha.0941.25